476 A.2d 57

Commonwealth v. Bridell, Appellant.

544

Submitted November 4, 1983. Norris E. Gelman, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.